IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES KIRVEN,

    Plaintiff,

v.                                                      CV 12-0687 JB/WPL

CURRY COUNTY DETENTION CENTER, et al.,

    Defendants.

## ORDER DENYING APPOINTMENT OF COUNSEL

This matter is before me on Charles Kirven's second motion to appoint counsel. (Doc. 36.) Kirven believes he is entitled to an attorney as a matter of law. (*Id.* at 1.) This is incorrect. As I have previously explained (*see* Doc. 30), there is no Sixth Amendment right to appointed counsel in a civil proceeding. *See Macquish v. United States*, 844 F.2d 733, 735 (10th Cir. 1988). For the reasons previously articulated (Doc. 30 at 1-2), I deny his motion to appoint counsel.

IT IS SO ORDERED.

                                                                 _____
                                                                 William P. Lynch
                                                                 United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.