IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES KIRVEN,

    Plaintiff,

v.                                                                                                                       CIV 12-0687 JB/WPL

CURRY COUNTY DENTENTION
CENTER OFFICER
COURTNEY M. SEXTON,

    Defendant.

## FINAL JUDGMENT

Pursuant to rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition entered on this date, judgment is entered in favor of the Defendant Courtney M. Sexton, and against the Plaintiff Charles Kirven.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Charles Kirven
Springer, New Mexico

    *Plaintiff pro se*

Daniel J. Macke
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendant*